MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Thomas R. Monson and Carla A. Monson

Chapter 7 Case No. 10-44652

Please Check One:

_____ Unclaimed Dividends

__√__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Orion<br>c/o Recovery Management Systems Corporate<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 3 | 21.04 | 2.51 |

Dated: October 4, 2011

Randall L. Seaver, Trustee

RECEIVED 11 OCT -6 AM 10: 15 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Monson\unclaimed dividends.wpd